IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Consumers' Research, et al.,<br>Petitioners,<br><br>v.<br><br>Federal Communications Commission<br>and United States of America,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26-60863 |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

The Federal Communications Commission and the United States, the respondents in this case, respectfully move to hold this case in abeyance until the issuance of the mandate in a closely related case, *Consumers' Research v. FCC*, No. 25-60535. Counsel for the Commission has consulted with counsel for petitioners. We have been authorized to represent that petitioners do not oppose the motion.

Pursuant to the Communications Act, telecommunications carriers that provide interstate telecommunications services must "contribute, on an equitable and nondiscriminatory basis," to the FCC's Universal Service Fund. 47 U.S.C. § 254(d). The Commission established this Fund in order to provide subsidies that "mak[e] communications services available, at affordable prices, to all Americans." *FCC v. Consumers' Research*, 606 U.S. 656, 663 (2025). The amount of each carrier's contribution to the Fund is calculated by applying a formula known as a

"contribution factor." The contribution factor "is a fraction, expressed as a percentage, whose numerator is the Fund's projected expenses for the upcoming quarter (the subsidy payments it will make plus overhead) and whose denominator is the total projected revenue of contributing carriers during that same period." *Id.* at 668-69.

In this case (No. 26-60863), petitioners challenge the FCC's universal service contribution factor for the fourth quarter of 2026 on constitutional, statutory, and administrative law grounds. In a case filed in October 2025 (No. 25-60535), petitioners challenged the FCC's universal service contribution factor for the fourth quarter of 2025 on the same grounds. On October 15, 2026, a panel of this Court issued a decision granting the petition for review in Case No. 25-60535. The panel ruled that the FCC lacked statutory authority to use the Universal Service Administrative Company to administer the Universal Service Fund. The mandate in that case is scheduled to issue on December 7, 2026. Issuance of the mandate could be delayed, however, if respondents petition this Court for rehearing en banc and/or petition the Supreme Court for a writ of certiorari.

It would best serve the interest of judicial economy and efficiency for the Court to hold this case in abeyance until the mandate issues in No. 25-60535. The ultimate resolution of that earlier-filed case is very likely to inform the Court's consideration of petitioners' claims in this case.

For these reasons, the Court should grant this unopposed motion to hold this case in abeyance pending issuance of the mandate in No. 25-60535.

Respectfully submitted,

/s/Samuel B. Goldstein

Michael S. Raab
Samuel B. Goldstein
Attorneys, Appellate Staff
Civil Division, Room 7242
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-0718

Jacob M. Lewis
Associate General Counsel

/s/James M. Carr

James M. Carr
Counsel

Federal Communications Commission
Washington, DC 20554
(202) 418-1740

October 28, 2026

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   ☒ this document contains 396 words, *or*

   ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒ this document has been prepared in a proportionally spaced typeface using Microsoft Word in Office 365 in 14-point Times New Roman, *or*

   ☐ this document has been prepared in a monospaced spaced typeface using ____________________ with ______________.

*/s/ James M. Carr*

James M. Carr
*Counsel*

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

**CERTIFICATE OF FILING AND SERVICE**

I, James M. Carr, hereby certify that on October 28, 2026, I filed the foregoing Unopposed Motion To Hold In Abeyance with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ James M. Carr*

James M. Carr
*Counsel*

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740